**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

AUG 15 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FRANCISCO ALEXANDER CALDERON QUINTANILLA,

No.   15-71724

Petitioner,

Agency No. A200-158-229

v.

MEMORANDUM[*]

JEFFERSON B. SESSIONS III, Attorney General,

Respondent.

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 9, 2017[**]

Before:    SCHROEDER, TASHIMA, and M. SMITH, Circuit Judges.

Francisco Alexander Calderon Quintanilla, a native and citizen of El

Salvador, petitions for review of the Board of Immigration Appeals' ("BIA") order

dismissing his appeal from an immigration judge's decision denying a continuance,

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

and denying his motion to remand. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a continuance. *Sandoval-Luna v. Mukasey*, 526 F.3d 1243, 1246 (9th Cir. 2008). We deny the petition for review.

The agency did not abuse its discretion in denying Calderon Quintanilla's motion for a continuance where he failed to show eligibility for any relief, and it was undisputed that he was ineligible for status adjustment. *See Id.* at 1247 (no abuse of discretion where no relief was immediately available to the petitioner); 8 C.F.R § 1003.29 (IJ has authority to grant continuance upon showing of good cause).

Calderon Quintanilla failed to raise, and has therefore waived, any challenge to the BIA's denial of his motion to remand. *See Martinez-Serrano v. INS*, 94 F.3d 1256, 1259 (9th Cir. 1996) ("an issue referred to in the appellant's statement of the case but not discussed in the body of the opening brief is deemed waived.").

**PETITION FOR REVIEW DENIED.**